IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **IRVING JOHNSON,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 06-0653-WS-M |
| **GRANTT CULLIVER,** | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as this Court does not have jurisdiction over it.

**DONE** this 7th day of February, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE