IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **IRVING JOHNSON,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION 06-0653-WS-M** |
| **GRANTT CULLIVER,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondent Grantt Culliver and against Petitioner Irving Johnson.

**DONE** this 7th day of February, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE